IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tara C. Powell,

    Plaintiff,

                                        Case Number: 1:23-cv-334

v.                                       Judge Jeffery P. Hopkins

Wolfgang Stuart, Ltd.,

    Defendant.

## ENTRY OF DEFAULT

It appearing that defendant, Wolfgang Stuart, Ltd. is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against the defendants this 3rd day of October, 2023.

                                                                           RICHARD W. NAGEL, CLERK

                                                                           s/ Z. Cothran
                                                                           Deputy Clerk